

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2018

No. 04-18-00004-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On January 3, 2018 and on January 4, 2018, relator filed petitions for writ of mandamus. After considering the petitions, the court is of the opinion that relator is not entitled to the relief sought. Accordingly, both petitions for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 17, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 587693, styled *The State of Texas v. Robert Martinez*, pending in the County Court at Law No. 5, Bexar County, Texas, the Honorable John Longoria presiding.